# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Roy Lee Williams, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00192-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Elizabeth Floyde, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2024 Order.

May 13, 2024

*Katherine Hord Simon*, Clerk
United States District Court